| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Jasmine Moore | Telephone: (313) 226-9100 |
|---|---|---|
|  | Special Agent: Michael Jacobs | Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
David Michael Melton

Case No.

Case: 2:25−mj−30046
Assigned To : Unassigned
Assign. Date : 2/6/2025
Description: RE: SEALED MATTER (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 15, 2024, January 27, 2025  in the county of  Wayne  in the  Eatern  District of  Michigan , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922 (g)(1) | Felon in possession of a firearm. |
| 18 U.S.C. § 924(c) | Possessing firearms during and in relation to a drug trafficking offense. |
| 18 U.S.C. § 841(a)(1) | Possession with the intent to distribute methamphetamine, heroin, fentanyl, controlled prescription narcotics and cocaine. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Michael Jacobs, Special Agent-ATF
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  February 6, 2025

_Judge's signature_

City and state:  Detroit, Michigan      Hon. David R. Grand, United Sates Magistrate Judge
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Special Agent Michael Jacobs, being first duly sworn, hereby depose and state as follows:

## I.   INTRODUCTION

I, Special Agent Michael Jacobs, being first duly sworn, hereby depose and state as follows:

1. I have been employed as a Special Agent with the Bureau of Alcohol Tobacco, Firearms and Explosives (ATF) since March of 2016. I have had extensive training at the Federal Law Enforcement Training Center in the Criminal Investigator Training Program and ATF Special Agent Basic Training. I have a bachelor's degree in criminal justice.

2. Before my employment with ATF, I was a Police Officer with the Wayne State University Police Department for approximately eight (8) years. During my time with the Wayne State University Police Department, I was assigned to the Federal Bureau of Investigation (FBI) Detroit Violent Crimes/Violent Gangs Task Force (VCTF/VGTF) for approximately two (2) years and the Detroit FBI Narcotics Conspiracy Task Force (Detroit Conspiracy One) as a Task Force Officer (TFO) for approximately two (2) years.

3.      As an FBI TFO and Special Agent with the ATF, I have participated in numerous state and federal investigations, including investigations concerning narcotics trafficking, illegal firearms possession, Hobbs Act robberies, RICO and other conspiracies, non-fatal shootings, homicides, and kidnapping. Because of my involvement in these and other investigations, I have sworn to numerous federal search and arrest warrants and federal criminal complaints. Through my training, education, and experience, I have also become familiar with how criminals communicate and operate their clandestine activities.

4.      This affidavit is based on my personal knowledge based on my participation in this investigation. My information comes from my review of police reports and information obtained from other law enforcement; and information gained through my training and experience. This affidavit merely establishes sufficient probable cause for the requested warrant and does not set forth all the facts known to law enforcement regarding this investigation.

5.      I am conducting an investigation of David Michael MELTON, (date of birth of XX/XX/XX80) a multiple convicted felon, who possessed thirty-four (34) firearms during and in relation to a drug trafficking offense; possession with intent to distribute

2

methamphetamine, heroin, fentanyl, controlled prescription narcotics and cocaine.

6. I conducted a criminal history check relating to David Michael MELTON, (date of birth of XX/XX/XX80). MELTON was convicted of the following felony offenses:

- 2003- 3rd Circuit Court, Detroit, Michigan: Count-2 Attempted Felony Controlled Substance-Deliver Manufacture (cocaine heroin or another narcotic) less than 50 grams.

- 2004- 3rd Circuit Court, Detroit, Michigan: Count-1 Felony Controlled Substance- possession of methamphetamine/Ecstasy)

7. ATF is conducting a criminal investigation concerning David Michael MELTON for violations of 18 U.S.C. §§ 922(g)(1) (felon in possession of a firearm) and 924(c) (possessing firearms during and in relation to a drug trafficking offense). Further, ATF is investigating MELTON for a violation of 21 U.S.C. § 841(a)(1) (possess with the intent to distribute methamphetamine, heroin, fentanyl, controlled prescription narcotics and cocaine).

## II. PROBABLE CAUSE

8. During the summer of 2024 Detectives from the Lincoln Park Police Department (LPPD) received an anonymous tip that David MELTON was selling crack cocaine and methamphetamine from XXXX Montie Avenue, Lincoln Park, Michigan, Throughout the fall of 2024 and continuing into early 2025 LPPD detectives investigated MELTON for suspected narcotics trafficking. MELTON had previously been investigated and arrested by the LPPD for narcotics trafficking in 2009.

9. On October 15, 2024, LPPD Detectives conducted surveillance on David MELTON and observed him leave XXXX Montie Rd in a Purple Chevrolet Impala bearing Michigan license plate number DZX6449. MELTON drove to a Mobil Gas Station located at 1312 Fort St in the City of Lincoln Park. MELTON stayed for a few minutes then left. LPPD Detectives continued surveillance on MELTON where he was observed stopping "curbside" on Howard Ave just north of Southfield Rd. A male approached the front passenger window where a suspected hand to hand narcotic transaction was completed. Detectives were able to conduct a traffic stop on the vehicle that the male entered, and he was subsequently arrested for Heroin Possession.

10. On January 27, 2025, Lincoln Park Police Department (LPPD) Detectives Hoyt and Harris conducted surveillance of XXXX

4

Montie Avenue, Lincoln Park, Michigan. Detectives observed David MELTON exit the front door of the residence and enter his Purple Impala. LPPD Detectives were able to continue surveillance on MELTON as he drove eastbound on Montie Rd and then southbound on Fort St. LPPD Detectives observed that the vehicle had window tint and also observed MELTON throw a piece of plastic trash out the driver side window as he was stopped at southbound Fort St and Southfield Rd. LPPD Detectives radioed the observations to a fully marked LPPD patrol vehicle. LPPD Detectives were able to follow MELTON as he entered the tum around from Southbound Fort Street to North bound Fort Street at Cleveland Ave without using a tum signal. MELTON then failed to stop at a stop sign (Est. speed 5-10MPH) and continued to drive East bound on Cleveland Ave. LPPD Officers Parker and Chambers were able to conduct a traffic stop on MELTON on Cleveland Ave just East of Fort Street. During the traffic stop, Ofc. Parker utilized his K9 which gave a positive indication for the presence of Narcotic Odor. A search of the vehicle yielded narcotics located in a false bottom of a silver "tumbler." Inside the tumbler, Officers located 23 individually packaged foil packs of Fentanyl, 30 individually packed packages of Crack Cocaine, 2 more individually packed packages of

Crack Cocaine and 3 loose pills that had yet to be identified. Officers also located two (2) live rounds of ammunition and the charging handle to an AR-15 style firearm in the vehicle.

11. During an inventory search of the vehicle, LPPD Detectives located possible Drug Ledgers with names and possible dollar amounts of money that is owed to MELTON. Next to one of the names in the ledger "paid" was written next to it. Detectives were also able to locate a Gardner White purchase order for XXXX Montie Rd in which David MELTON is listed as the purchaser and the order was dated for October 30th, 2024. MELTON was arrested for illegal Narcotics possession by LPPD officers and transported to the Lincoln Park Police Department to be housed.

12. On January 27, 2025, LPPD Detectives obtained a State of Michigan narcotic search warrant for XXXX Montie Avenue, Lincoln Park, Michigan. On January 27, 2025, LPPD Officers and detectives executed the search warrant. During the search warrant execution, Officers made contact with an elderly woman identified as S.M. S.M. was advised of her Miranda Rights and subsequently made a statement to LPPD Detectives. S.M. stated she was the mother of David MELTON, and that David stayed at XXXX Montie Avenue, Lincoln

6

Park, Michigan where he utilized the basement as his living space. S.M. stated that David was the only person who utilized the basement.

13. During the search of XXXX Montie Avenue, Lincoln Park, Michigan LPPD officer located the below listed items in the basement:

BASEMENT NORTHWEST ROOM:

- New Haven by Mossberg 12ga shotgun. Serial #H512033.
- Two (2) 1 Gallon Ziplock bags with possible narcotic residue.
- Grey Eastpak Backpack containing: Blue Glass cleaner can with small spoon with residue and a false bottom, hotel key card, black and silver scooping spoon with suspected narcotic residue, a black and silver sifter in fold top bag with suspected residue, two (2) Clorox fragrance cans with false bottoms, Reynolds aluminum foil, microwavable wax paper, gallon size bag containing
- large amount of blue and red zip-lock bags, large glass plate wrapped in green towel,
- Tupperware with small rectangle foils and wax paper, black digital scale with residue and razor blades, and another black digital scale.
- Camo wallet containing residency documents.
- Fold top bags
- Knotted baggie, empty

BASEMENT NORTHEAST ROOM:

- Pill bottle with label ripped off containing peach colored rectangle pills labeled "G32/500." Identified as Naproxen (Not a controlled substance).
- Two (2) shotgun shells. Located on the floor.

BASEMENT SOUTHWEST ROOM:

- AR Stock on top of safe. Located by Det. Hoyt

7

- Baggie with packaging. Located in shoebox by Ofc. Chambers
- Body Armor. Located on the bottom of clothes rack by Ofc. Chambers
- 223 and 9mm Ammunition.
- Four (4) .22caliber magazines.
- Winchester Gun Safe Model TS26. Serial #WIN-21-144451

14. LPPD K9 Officer Parker utilized his K9 Max to conduct a free air sniff of the safe located in the basement in which Max indicated "scratched" on the safe giving a positive indication for the presence of Narcotic Odor. The safe was removed from the location and transported to LPPD where it was placed in the LPPD Garage until Officers could obtain a search warrant to open it.

15. On January 28, 2025, LPPD Detectives obtained a State of Michigan search warrant for the Winchester Gun Safe Model TS26. Serial #WIN-21-144451.

16. On January 28, 2025, LPPD Detectives and officers executed the search warrant on the safe. Officers utilized a locksmith to open the safe. The below listed items of evidence were located inside the safe:

<u>FIREARMS</u>:

- .357 HWM SERIAL# 1755162 (STOLEN)
- SMITH AND WESSON SD9VD 9MM SERIAL# FYD5330
- SMITH AND WESSON 908 9MM SERIAL# VJF8278
- TAURUS G2C 9MM SERIAL# ABC431383

8

- TBZ 1911 .45 CALIBER SERIAL# T062022234834
- BERRETA TOMCAT 32 SERIAL# DAA423851
- TAURUS .38 SPECIAL SERIAL# JU47741
- SMITH AND WESSON AIRWEIGHT 342 .38 CALIBER SERIAL# CFA1859
- SMITH AND WESSON 640-3 .357 MAGNUM SERIAL# DCX5585
- TAURUS G3C 9MM SERIAL# ACD739597
- TAURUS PT 22 SERIAL#56056Z
- BERETTA NANO 9MM SERIAL# NV074509
- WALTHER PK380 SERIAL#WB156629
- DRACO 7.62 SERIAL#PF08182019 (STOLEN)
- COLT PYTHON 357 SERIAL# T78948 (STOLEN)
- TAURUS G3C 9MM SERIAL# ADA884423 (STOLEN)
- SIG SAUER P230 .380 CALIBER SERIAL# 27A012656 (STOLEN)
- SIG SAUER P220 SERIAL# G225341 (STOLEN)
- BERETTA APX 9MM SERIAL# A079720X (STOLEN)
- WW1 45 THUMPER SERIAL# P5001858
- GARAYSAR FEAR103 12GAUGE SERIAL# 20A 1301 (STOLEN)
- BE RETTA ARY100 SERIAL# 5X13304 (STOLEN)
- DEL-TON INC. DTl-15 5.56CAL SERIAL# B76387
- AK RIFLE 7.62X39MM SERIAL# NPDF006677
- PTR91 INC. 308CAL SERIAL# DK2067
- MOSSBERG MODEL 88 12GA SERIAL# MV220194
- MAVERICK ARMS MODEL 88 12GA SERIAL# MV0547921
- DIAMOND BACK FIREARMS LLC. MULTI-CAL SERIAL# DB2490579
- MOSSBERG 500 12GA NO SERIAL NUMBER
- RUGER AR-556 SERIAL# PAINTED OVER
- UNKNOWN MAKE, MODEL OR CALIBER AR STYLE RIFLE. NO SERIAL#

NARCOTICS:

- 29.5 grams of suspected methamphetamine
- 15.5 grams of suspected fentanyl
- 29.5 grams of suspected cocaine

9

- 49 grams of suspected crack cocaine
- 27.5 grams of suspected heroin
- 50 suspected Norco pills
- 2 suspected Percocet pills
- 25 strips of suboxone
- 10 pre-packaged zip-loc baggies of suspected crack cocaine. Total weight:7 grams
- 30 pre-packaged foil bindles of suspected fentanyl. Total weight: 8.5 grams

<u>Miscellaneous Items:</u>

- David Melton's state of Michigan asbestos contractor card
- David Melton's health card
- David Melton's Cabela's credit card
- David Melton's citizen bank card
- David Melton's dental plan card
- $1 Bill
- 35 boxes of miscellaneous ammunition
- 41-gun magazines in varying calibers
- Loose ammunition in varying calibers
- Box of firearm accessories
- $4,500.00 in U.S. currency
- Gold chain with gold cross
- Gold Shenhua watch

17. I am an ATF interstate nexus agent. I have specialized knowledge experience and training as it relates to firearms and firearms identification. I reviewed the body worn camera videos of the officers who recovered the firearms from MELTONS safe, as well as a still photographs of the firearms. Based on that review and the information provided, and without physically inspecting the firearms, it is my opinion the following firearms as defined under 18 U.S.C. §

10

921(a)(3) and were manufactured outside the State of Michigan, and therefore previously traveled in interstate or foreign commerce:

- 357 HWM SERIAL# 1755162 (STOLEN)
- SMITH AND WESSON SD9VD 9MM SERIAL# FYD5330
- SMITH AND WESSON 908 9MM SERIAL# VJF8278
- TAURUS G2C 9MM SERIAL# ABC431383
- BERRETA TOMCAT 32 SERIAL# DAA423851
- TAURUS .38 SPECIAL SERIAL# JU47741
- SMITH AND WESSON AIRWEIGHT 342 .38 CALIBER SERIAL# CFA1859
- SMITH AND WESSON 640-3 .357 MAGNUM SERIAL# DCX5585
- TAURUS G3C 9MM SERIAL# ACD739597
- TAURUS PT 22 SERIAL#56056Z
- BERETTA NANO 9MM SERIAL# NV074509
- WALTHER PK380 SERIAL#WB156629
- COLT PYTHON 357 SERIAL# T78948 (STOLEN)
- TAURUS G3C 9MM SERIAL# ADA884423 (STOLEN)
- SIG SAUER P230 .380 CALIBER SERIAL# 27A012656 (STOLEN)
- SIG SAUER P220 SERIAL# G225341 (STOLEN)
- BERETTA APX 9MM SERIAL# A079720X (STOLEN)
- GARAYSAR FEAR103 12GAUGE SERIAL# 20A 1301 (STOLEN)
- BERETTA ARY100 SERIAL# 5X13304 (STOLEN)
- DEL-TON INC. DTI-15 5.56CAL SERIAL# B76387
- PTR91 INC . 308CAL SERIAL# DK2067
- MOSSBERG MODEL 88 12GA SERIAL# MV220194
- MAVERICK ARMS MODEL 88 12GA SERIAL# MV0547921
- DIAMOND BACK FIREARMS LLC. MULTI-CAL SERIAL# DB2490579
- MOSSBERG 500 12GA NO SERIAL NUMBER
- RUGER AR-556 SERIAL# PAINTED OVER

### III.  CONCLUSION

18.  Probable cause exists that David Michael MELTON, a prior convicted felon, did possess thirty-four (34) firearms during and in relation to a drug trafficking offense in violation of 18 U.S.C. §§ 922(g) and 924(c). Further, probable cause exists that MELTON did possess with intent to distribute methamphetamine, heroin, fentanyl, controlled prescription narcotics and cocaine in violation of 21 U.S.C. § 841(a)(1).

Respectfully submitted,

_____
Michael Jacobs, Special Agent-ATF

Sworn to before me and signed in my
Presence and/or by reliable electronic means.

_____
Hon. David R. Grand
United States Magistrate Judge

Date:   February 6, 2025

12